IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | : : : : : : : : : : | Case No. 3:24-cv-00163 <br><br> District Judge Thomas M. Rose <br> Magistrate Judge Caroline H. Gentry |
| Plaintiff, | | |
| vs. | | |
| LENNOX INTERNATIONAL INC., | | |
| Defendant. | | |

# ORDER

Plaintiff State Farm Fire and Casualty Company filed a complaint asserting state-law claims against Defendant Lennox International Inc. in the Champaign County Court of Common Pleas (Complaint, Doc. No. 3.) On May 22, 2024, Defendant removed Plaintiff's Complaint to this federal Court based on diversity of citizenship. (Notice of Removal, Doc. No. 1.)

Plaintiff's counsel of record in the state court case, Steven Alsip, is not admitted to practice in the United States District Court for the Southern District of Ohio. Therefore, on May 29, 2024, the Clerk of Court mailed a notice to Plaintiff's counsel advising him of the requirements to seek leave to appear pro hac vice.[1] (Doc. No. 5.) To date, however, no attorney has entered an appearance in this federal case on behalf of Plaintiff.

---

[1] The Clerk of Court's Notice referenced Southern District of Ohio Local Rule 83.4(e) for the requirements of filing an application for admission pro hac vice. (Doc. No. 5 at PageID 53.) However, Southern District of Ohio Local Rule 83.**3**(e) sets forth the requirements for a motion for leave to appear pro hac vice.

1

Because Plaintiff is a corporate entity, it cannot represent itself pro se and it cannot proceed without counsel. *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984). Accordingly, the Court **ORDERS** Plaintiff to retain an attorney who is admitted to practice in this Court, and direct them to enter an appearance in this matter, **no later than August 19, 2024**.

The Court further **DIRECTS** the Clerk to mail a copy of this Order to Plaintiff and to Plaintiff's attorney Steven Alsip.

**IT IS SO ORDERED**.

    *s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge